# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
KIMBERLY SUE MAXWELL  
451 BEAVER AVE  
COLUMBUS, OH  43213

Case No: 07-60299

Judge: John E. Hoffman Jr.

SSN(S): XXX-XX-5888

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated: June 21, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| CITIMORTGAGE INC<br>PO BOX 9481<br>GAITHERSBURG, MD  208989481 | 46.32 |